**FOR PUBLICATION**

# UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT

UNITED STATES OF AMERICA,
*Plaintiff-Appellee,*

v.

JESSE LEE HOWARD,
*Defendant-Appellant.*

No. 03-50524

D.C. No.
CR-03-00390-GAF

UNITED STATES OF AMERICA,
*Plaintiff-Appellee,*

v.

JOSE LUIS FARIAS-BLANCO,
*Defendant-Appellant.*

No. 03-50525

D.C. No.
03-0861M-ABC

UNITED STATES OF AMERICA,
*Plaintiff-Appellee,*

v.

JOSE ANGEL CEDILLOS,
*Defendant-Appellant.*

No. 03-50526

D.C. No.
03-0890M-ABC

UNITED STATES OF AMERICA,
*Plaintiff-Appellee,*

v.

ROBERT HERMAN BOULIES,
*Defendant-Appellant.*

No. 03-50527

D.C. No.
03-0945M-ABC

UNITED STATES OF AMERICA,
*Plaintiff-Appellee,*

v.

DANIEL RIVERA-GONZALEZ,
*Defendant-Appellant.*

No. 03-50532

D.C. No.
CR-03-00435-
RSWL

UNITED STATES OF AMERICA,
*Plaintiff-Appellee,*

v.

JORGE PINEDA-FERNANDEZ, a/k/a
Jorge Peneda,
*Defendant-Appellant.*

No. 03-50533

D.C. No.
CR-03-00439-GHK

UNITED STATES OF AMERICA,
*Plaintiff-Appellee,*

v.

RANDOLPH ARTHUR CISNEROS,
*Defendant-Appellant.*

No. 03-50534

D.C. No.
CR-03-00486-
RSWL

UNITED STATES OF AMERICA,
*Plaintiff-Appellee,*

v.

CORNELIO GARCIA-CHAVEZ,
*Defendant-Appellant.*

No. 03-50535

D.C. No.
CR-03-00493-NMM

UNITED STATES OF AMERICA,
            *Plaintiff-Appellee,*

            v.

JOSE CABANILLAS-NUNEZ, a/k/a Jose
Arsenio Cabanillas, Jose Arencio
Nunez,
            *Defendant-Appellant.*

No. 03-50536
D.C. No.
CR-03-00509-DMT

UNITED STATES OF AMERICA,
            *Plaintiff-Appellee,*

            v.

RAYMOND FLORES,
            *Defendant-Appellant.*

No. 03-50537
D.C. No.
CR-03-00516-R-02

UNITED STATES OF AMERICA,
            *Plaintiff-Appellee,*

            v.

CHRISTIAN RAUDALES,
            *Defendant-Appellant.*

No. 03-50538
D.C. No.
CR-03-00533-FMC-
02

UNITED STATES OF AMERICA,
            *Plaintiff-Appellee,*

            v.

MIGUEL LENCIA,
            *Defendant-Appellant.*

No. 03-50539
D.C. No.
03-0858M-ABC

UNITED STATES OF AMERICA,
   *Plaintiff-Appellee,*

   v.

RAYMOND CAZARES,
   *Defendant-Appellant.*

No. 03-50540

D.C. No.
03-089M-ABC

UNITED STATES OF AMERICA,
   *Plaintiff-Appellee,*

   v.

VERNON CROCKER,
   *Defendant-Appellant.*

No. 03-50541

D.C. No.
03-0899M-ABC

UNITED STATES OF AMERICA,
   *Plaintiff-Appellee,*

   v.

LORENA GALLARDO,
   *Defendant-Appellant.*

No. 03-50542

D.C. No.
03-0944M-ABC

UNITED STATES OF AMERICA,
   *Plaintiff-Appellee,*

   v.

JEFFREY DARRYL WAFER,
   *Defendant-Appellant.*

No. 03-50543

D.C. No.
03-0860M-ABC



UNITED STATES OF AMERICA,
          *Plaintiff-Appellee,*

          v.

PEDRO F. SANDOVAL-SANDOVAL,
          *Defendant-Appellant.*

No. 03-50544

D.C. No.
03-0896M-ABC

UNITED STATES OF AMERICA,
          *Plaintiff-Appellee,*

          v.

CARLOS ALVAREZ,
          *Defendant-Appellant.*

No. 03-50545

D.C. No.
03-0942M-ABC

ORDER

Filed March 27, 2007

Before: Mary M. Schroeder, Chief Judge, Ronald M. Gould
          and Richard R. Clifton, Circuit Judges.

## ORDER

The opinion filed September 15, 2006, slip op. 11417, and appearing at 463 F.3d 999 (9th Cir. 2006) is withdrawn.

A new opinion is being filed this date in its stead.

The Petition for Rehearing and Petition for Rehearing En Banc are otherwise DENIED.

PRINTED FOR
ADMINISTRATIVE OFFICE—U.S. COURTS
BY THOMSON/WEST—SAN FRANCISCO

The summary, which does not constitute a part of the opinion of the court, is copyrighted
© 2007 Thomson/West.